Gary Alan Patterson, Plaintiff-Appellee, v. Elizabeth Patterson, Defendant-Appellant.

Gen. No. 10,516. 

Fourth District.

April 9, 1964.

 Grean-
ias and Owen, of Decatur, for appellant; Rosenberg, Rosenberg
and Bickes, of Decatur (Emanual Rosenberg, Joseph L. Rosenberg
and Wayne L. Bickes, of counsel), for appellee. Opinion by
JUSTICE SPIVEY. **Not to be published in full.**

The People of the State of Illinois, Defendant in Error,
v. John L. Redpath, Plaintiff in Error.

Gen. No. 10,534. 

Fourth District.

March 31, 1964.

Rehearing denied April 6, 1964.

 John L. Red-
path, pro se, of Menard, plaintiff in error; Raymond L. Terrell,
State's Attorney, of Springfield (Richard A. Hollis, Assistant
State's Attorney, of counsel), for defendant in error. Opinion
by JUSTICE SPIVEY. **Not to be published in full.**